PETROLEUM HELICOPTERS,
INC., Plaintiff,

v.

BOEING–VERTOL COMPANY, etc.,
et al., Defendants,

Boeing-Vertol Company, a division of the
Boeing Company, Defendant-Appellee,

Messerschmitt-Boelkow-Blohm GMBH,
Defendant-Appellant.

No. 79–1937.

United States Court of Appeals,
Fifth Circuit.

Nov. 5, 1979.

Liskow & Lewis, Stephen T. Victory, Larry M. Roedel, New Orleans, La., for defendant-appellant.

Phelps, Dunbar, Marks, Claverie & Sims, Harry S. Redmon, Jr., New Orleans, La., Clark R. Nichols, Seattle, Wash., for defendant-appellee.

Lemle, Kelleher, Kohlmeyer & Matthews, James H. Brown, Jr., New Orleans, La., for other interested parties.

Before AINSWORTH, VANCE and ANDERSON, Circuit Judges.

PER CURIAM:

Affirmed on the basis of the opinion of District Judge Fred J. Cassibry dated January 29, 1979, 478 F.Supp. 84 (E.D.La.1979).

The appeal was proper by virtue of the provisions of 28 U.S.C. § 1292(a)(1). *See A & E Plastik Pak v. Monsanto Co.*, 9 Cir., 1968, 396 F.2d 710. *See also McCreary Tire & Rubber Company v. CEAT*, 3 Cir., 1974, 501 F.2d 1032; *Warren Bros. Company v. Cardi Corp.*, 1 Cir., 1973, 471 F.2d 1304; *Ephraim Freightways, Inc. v. Red Ball Motor Freight, Inc.*, 10 Cir., 376 F.2d 40, *cert.*

*denied*, 389 U.S. 829, 88 S.Ct. 92, 19 L.Ed.2d 87 (1967).

AFFIRMED.